IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 97-20064-001-KHV

DARRELL JACKSON,

        Defendant.

## ORDER ALLOWING THE UNITED STATES TO WITHDRAW THE ORAL MOTION TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR HIS FAILURE TO APPEAR AS ORDERED

Comes on for consideration the motion of the United States of America, plaintiff herein, Doc. 98, for an order allowing the United States to withdraw its oral motion to show cause why defendant should not be held in contempt for his failure to appear as ordered. The United States appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for said District. There are no other appearances.

The Court, after reviewing the file and pleadings herein finds that the allegations of the motion are true and the Court allows the oral motion of the United States to show cause why defendant should not be held in contempt for his failure to appear as ordered to be withdrawn.

Dated this 7th day of October, 2005.

s/ David J. Waxse<br>DAVID J. WAXSE<br>UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

ERIC F. MELGREN
United States Attorney


s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States